UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Case No. 26-cr-226 (AJB)

v.

**Bianco Declaration**

JAMIE GUILLEN,

Defendant.

I, Randi Bianco, declare under penalty of perjury:

1. I am a Supervisory Assistant Federal Public Defender in the Office of the Federal Public Defender for the Northern District of New York (FPD NDNY).

2. The FPD NDNY was appointed to represent the defendant Jamie Guillen on September 26, 2025. Mr. Guillen was originally charged in a criminal complaint with a single violation of 18 U.S.C. § 2252A(a)(2).

3. I was assigned to the case and filed my notice of appearance on September 30, 2025.

4. After a detention hearing, Mr. Guillen was released to pretrial supervision on October 2, 2025.

5. I received discovery from the United States Attorney's Office for the Northern District of New York (USAO NDNY) on October 10, 2025.

6. Mr. Gillian is 35 years old and a Sergeant First Class in the United States Armey. He has no prior criminal history. At the time of his arrest, he had been serving in active duty for the past thirteen years. He continues to serve in the Army despite these charges, likely because of his distinguished military career. He suffered trauma both in and out of the military. He has had previous deployments to Jordan, Iraq, Korea and Saudi Arabia. His trauma directly correlates to his participation in these offenses. Mr. Guillen is married with three children and has the support of his family as well as the Army. In addition to serving in the Army, Mr. Guillen is in the process of completing his bachelor's degree.

7. Based on this mitigating evidence, I made several attempts to favorably resolve this case throughout the early months of 2026. Each time, the Assistant U.S. Attorney handling this case informed me that the USAO NDNY had rejected my specific offers.

8. Thereafter, beginning in March 2026, Federal Public Defender Eric K. Schillinger contacted Mr. John A. Sarcone III, who held himself out as First Assistant United States Attorney (FAUSA) and purported to be the head of the USAO NDNY. The two conducted several rounds of negotiations to resolve this case throughout the spring.

9. On Friday, June 5, 2026, while negotiations in this case were still ongoing, the Federal Public Defender's Office filed a motion to disqualify Mr. Sarcone in the case of *United States v. Ziair Dunlap*, 5:25-CR-32 (N.D.N.Y.).

10. On Tuesday, June 9, 2026, I received an email from the AUSA handling this case: "I've been told by USAO management that FAUSA Sarcone respectfully declines to agree to the proposed [resolution of this case]."

11. On July 2, 2026, the government obtained an indictment charging Mr. Guillen with seven counts of distributing child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A). Mr. Sarcone's name and purported title of First Assistant U.S. Attorney appear on the indictment.

12. Based on the foregoing, it is apparent Mr. Sarcone is making the final charging decisions for the USAO and either initiated and/or approved the charges contained in indictment.

DATED: July 24, 2026

Eric K. Schillinger
Federal Public Defender

/s/
Randi J. Bianco
Supervisory Assistant Federal Public Defender
4 Clinton Square, 3rd Floor
Syracuse, NY 13202
(315) 701-0080